him *John J. Poserina, Jr.,* and *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot,* for appellee.

Order affirmed; petition for reargument refused August 18, 1975.

## Taylor et al., Appellants, *v.* Brinker.

opinion by MOUNTENAY, J. Argued June 9, 1975. *Bruce Doman,* with him *Mark B. Weber,* and *Weber and Abarbanel,* for appellants; *R. D. Harburg,* with him *Swartz, Campbell & Detweiler,* for appellee.

Order affirmed.

## Vashon, Appellant, *v.* Vashon.

opinion by STEFAN, J. Argued June 16, 1975. *Nolan N. Atkinson, Jr.,* with him *Zack, Myers & Atkinson,* for appellant; *Anthony J. Giangiulio,* with him *Giangiulio, Katz & Winters,* for appellee.

OPINION PER CURIAM: Order affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly refused a decree in divorce in this case.

## Waite, et ux. *v.* State Farm Fire & Casualty Co., Appellant, et al.

order by DIBONA, J. Argued June 12, 1975. *Joel Paul Fishbein,* with him *Bennett, Bricklin & Saltzburg,* for appellant; *Robert M. Britton,* with him *Barton L. Post, LeRoy A. Smith,* and *Post & Schell,* for appellees.

Order affirmed.